UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THRIFTY PAYLESS, INC. d/b/a RITE AID #06012; MODESTO 3900 PELANDALE INVESTORS, a California Limited Partnership,<br><br>　　　　　　Defendants. | No. 1:16-cv-00419-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 10) |

On June 30, 2016, plaintiff filed a notice of voluntary dismissal of the entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. No. 10.) No responsive pleading has been filed in this action. In light of this, this case has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the court directs the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:　**July 1, 2016**　　　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1